**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00205-CV

———————————

**ROBERT JONES, Appellant**

**V.**

**MORGAN DEAN, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-32032**

---

## MEMORANDUM OPINION

Appellant, Robert Jones, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District

Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.